IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROGER D. BECKETT                                                                        PLAINTIFF

v.                                              CIVIL NO. 15-5191

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## MEMORANDUM OPINION

Plaintiff, Roger Beckett, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying his applications for a period of disability and disability insurance benefits (DIB) and supplemental security income (SSI) benefits. (Doc. 1). The Defendant filed an answer to Plaintiff's action on January 15, 2016, asserting that the findings of the Commissioner were supported by substantial evidence and were conclusive. (Doc. 8). Plaintiff filed an appeal brief on February 15, 2016. (Doc. 9).

On March 10, 2016, the Commissioner, having changed positions, filed a motion requesting that Plaintiff's case be remanded pursuant to "sentence four" of section 405(g) in order to conduct further administrative proceedings. (Doc. 10). Defendant's counsel states that he has conferred with Plaintiff's counsel, who advised there was no opposition to the motion.

The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g). A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests

**AO72A**
**(Rev. 8/82)**

a remand before answering the complaint, or where the Court orders the Commissioner to consider new, material evidence that was for good cause not presented before the agency. The fourth sentence of the statute provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993).

Here, the Court finds remand appropriate for the purpose of allowing the ALJ to further evaluate the evidence as addressed above.

Based on the foregoing, the Court finds remand appropriate and grants the Commissioner's motion to remand this case to the Commissioner for further administrative action pursuant to "sentence four" of section 405(g).

DATED this 16th day of March, 2016.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)